UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BOBBIE ABELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:23-cv-00046 |
| | ) |
| TRANS UNION, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal With Prejudice. (Doc. No. 28) Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE